FILED
2015 Mar-26  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PROCTORU, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: _____ |
| | ) | |
| v. | ) | Removed from the Circuit Court of Shelby |
| | ) | County, Alabama, Civil Action No. 58-CV- |
| RIVERBEND DESIGN GROUP, LLC, | ) | 2015-900154.00 |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant **Riverbend Design Group, LLC** ("Riverbend"), by and through

its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby

gives notice of the removal of this action from the Circuit Court of Shelby County,

Alabama, to the United States District Court for the Northern District of Alabama,

Southern Division.  As addressed below, diversity jurisdiction exists in this action.

*See* 28 U.S.C. § 1332(a).  In support of this removal, Riverbend states as follows:

## I.   INTRODUCTION

1.   Plaintiff ProctorU, Inc. ("Plaintiff") initiated this action on February

24, 2015, by filing a Complaint against Riverbend in the Circuit Court of Shelby

County, Alabama, Civil Action No. 58-CV-2015-900154.00.  Plaintiff generally

alleges that Riverbend breached certain service contracts or was otherwise unjustly

enriched.  Riverbend denies Plaintiff's allegations.  The Circuit Court of Shelby County, Alabama, is a state court within this judicial district.  28 U.S.C. § 81(A)(3).  A copy of the Circuit Court's file is attached hereto as **Exhibit A**.

## II.   GROUNDS FOR REMOVAL

2.     This action is properly removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1). There is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.   There Is Complete Diversity of Citizenship between the Parties.

3.     The Complaint avers that Plaintiff "is a corporation organized under the laws of the state of Delaware with its principal office located in Shelby County, Alabama."  Compl. ¶ 1.  Accordingly, Plaintiff was a citizen of the States of Delaware and Alabama for diversity purposes at the time this lawsuit was filed. *See* 28 U.S.C. §1332(c)(1) (holding that, for purposes of diversity of citizenship, "a corporation shall be deemed to be a citizen of every State . . . by which it has been incorporated and of the State . . . where it has its principal place of business"). Upon information and belief, Plaintiff is presently a citizen of the States of Delaware and Alabama for diversity purposes.

4.     The Complaint correctly avers that "Riverbend is a limited liability company organized under the laws of the state of Washington with its principal

office located in Seattle, Washington." Compl. ¶ 2.  Riverbend has two members: Jason Tattan, who was at the time this lawsuit was filed, and is presently, a resident and citizen of the State of Washington; and Scott Isaacson, who was at the time this lawsuit was filed, and is presently, also a resident and citizen of the State of Washington.  Accordingly, Riverbend was at the time this lawsuit was filed, and is presently, a citizen of the State of Washington for diversity purposes.  *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that "a limited liability company is a citizen of any state of which a member of the company is a citizen" for diversity jurisdiction purposes).

5.     Accordingly, this action involves "citizens of different States."  28 U.S.C. § 1332(a)(1).  Plaintiff is a citizen of Delaware and Alabama, and Riverbend is a citizen of Washington.  Further, because Riverbend is not a citizen of Alabama, removal of this action is proper under 28 U.S.C. § 1441(b).

**B.    The Amount-in-Controversy Requirement Is Satisfied.**

6.     The amount-in-controversy requirement for diversity jurisdiction is satisfied in this case because it is clear from the face of Plaintiff's Complaint that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

7.     In determining whether the claims in a complaint meet the jurisdictional amount, the district court may "make 'reasonable deductions,

3

reasonable inferences, or other reasonable extrapolations' from the pleadings to determine whether it is facially apparent that a case is removable. Put simply, a district court need not 'suspend reality or shelve common sense in determining whether the face of a complaint . . . establishes the jurisdictional amount.'" *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061–62 (11th Cir. 2010) (quoting *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754, 770 (11th Cir. 2010)). Moreover, "the district court is not bound by the plaintiff's representations regarding its claim, nor must it assume that the plaintiff is in the best position to evaluate the amount of damages sought." *Id.* at 1061 (citation omitted).[1] Indeed, "preventing a district judge from acknowledging the value of the claim, merely because it is unspecified by the plaintiff, would force the court to abdicate its statutory right to hear the case." *Id.* at 1064.

8.       Accordingly, where, as here, "a plaintiff makes 'an unspecified demand for damages in state court, a removing defendant must prove by a preponderance of the evidence that the amount in controversy more likely than not exceeds the . . . jurisdictional requirement." *Roe*, 613 F.3d at 1061 (citation and quotation marks omitted). *See also* 28 U.S.C. § 1446(c)(2). The Eleventh Circuit

---

[1] Riverbend notes that it is not required to concede that Plaintiff is, in fact, entitled to recover more than $75,000. *See Kelderman v. Remington Arms Co.*, 734 F.Supp. 1527, 1528 (S.D. Iowa 1990) (rejecting a plaintiff's attempt to "place [a] defendant in the awkward position of embracing a concession on the important issue of damages" to establish jurisdiction, noting that a "defendant need not go that far"). Indeed, Riverbend denies that Plaintiff is entitled to recover any damages.

has recognized that, in some cases, "it may be 'facially apparent' from the pleading itself that the amount in controversy exceeds the jurisdictional minimum," while in others, the defendant may meet its burden by proffering summary judgment-type evidence. *Roe*, 613 F.3d at 1061.

9.     Here, satisfaction of the amount in controversy is facially apparent from Plaintiff's Complaint; although Plaintiff does not state a specific demand for damages, the allegations in Plaintiff's Complaint demonstrate that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10.     Plaintiff's Complaint relates to various alleged contracts between the parties.  Plaintiff refers to the first alleged contract as the May 2012 Statement of Work and avers that "Riverbend delivered approximately two-thirds (2/3) of the work product required to be delivered" under that contract but "failed and refused to deliver the remaining one-third (1/3) of such work product."  Compl. ¶ 8. Plaintiff further avers that "Riverbend has declared that the value of the remaining one-third (1/3) of such work product exceeds $185,000" (*id.* ¶ 9), but that Plaintiff has only paid Riverbend $54,500.00 (*id.* ¶ 7).  The difference in these two numbers is $130,500.00.  Thus, under this first contract alone, the amount in controversy between the parties exceeds $75,000.00.

11.     Plaintiff refers to another contract as the "Master Services Agreement" or the "MSA."  Compl. ¶ 10.  Plaintiff avers that it "paid Riverbend a

total sum of $654,500 for work that was required to be delivered by Riverbend" under the MSA, but that "Riverbend failed and refused to deliver numerous items of work product" that the MSA contemplated; delivered "[m]any items of work product" that "did not comply with the specifications" stated in the MSA; and delivered other items "outside the timelines" stated in the MSA. *Id.* ¶¶ 11–14. That Plaintiff has placed a second contract that it values at over $600,000 in substantial dispute further corroborates that the amount-in-controversy in this matter exceeds $75,000.00.

12.     Accordingly, the record and case law establish that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## C.     The Other Prerequisites for Removal Have Been Satisfied.

13.     In addition to satisfying the requirements of diversity jurisdiction, Riverbend has satisfied all other requirements for removal.

14.     The time within which Riverbend is permitted to remove this action under 28 U.S.C. § 1446(b) has not expired as of the time of the filing and service of this Notice of Removal.  Less than thirty (30) days have passed since Riverbend was served with the Summons and Complaint on February 25, 2015.

15.     In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in the state court action is attached hereto collectively as **Exhibit A**.

6

16.    Because Riverbend is the only named defendant, consent from other defendants is unnecessary.  *See* 28 U.S.C. § 1446(b)(2)(A).

17.    Removal to this district and division is proper under 28 U.S.C. § 81(a)(3) because this district and division embrace the Circuit Court of Shelby County, Alabama, the forum in which the removed action was pending.

18.    In accordance with 28 U.S.C. § 1446(d), Riverbend will promptly provide written notice of the filing of this Notice of Removal to Plaintiff and shall file a copy of this Notice along with a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Shelby County, Alabama, where this action was pending.  A copy of this Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**.


WHEREFORE, Riverbend gives notice that the above-entitled action is removed from the Circuit Court of Shelby County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division.

Respectfully submitted on this, the 26th day of March, 2015.

                                                Andrew B. Johnson
                                          Attorney for Defendant
                                Riverbend Design Group, LLC

OF COUNSEL:
F. Wendell Allen
Andrew B. Johnson
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
Telephone:  (205) 521-8000
Fax:          (205) 521-8800
Email: wallen@babc.com
Email: ajohnson@babc.com

Jonathan C. "Rudy" Hill
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL 36104
Telephone:  (334) 956-7700
Fax:          (334) 956-7701
Email: rhill@babc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing on:

> Sam David Knight
> Brannon J. Buck
> Brett A. Ialacci
> Badham & Buck, LLC
> 2001 Park Place North, Ste. 500
> Birmingham, AL 35203

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this, the 26th day of March, 2015.

_____
OF COUNSEL

1/2736876.1

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | **58-CV-201**<br>Date of Filing:<br>02/24/2015 | 2/24/2015 8:13 PM<br>58-CV-2015-900154.00<br>CIRCUIT COURT OF<br>SHELBY COUNTY, ALABAMA<br>MARY HARRIS, CLERK |

## GENERAL INFORMATION

### IN THE CIRCUIT OF SHELBY COUNTY, ALABAMA
### PROCTORU, INC. v. RIVERBEND DESIGN GROUP, LLC

**First Plaintiff:** ☑ Business  ☐ Individual  **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government ☐ Other                        ☐ Government ☐ Other

## NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☑ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING          A ☐ APPEAL FROM          O ☐ OTHER
                                              DISTRICT COURT

         R ☐ REMANDED              T ☐ TRANSFERRED FROM          _____
                                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ Yes  ☑ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   JOH202          2/24/2015 8:13:36 PM          /s/ BRICE MARTIN JOHNSTON

**MEDIATION REQUESTED:**   ☐ Yes  ☑ No  ☐ Undecided

## IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| PROCTORU, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )     CIVIL ACTION NO. |
| | ) |
| RIVERBEND DESIGN GROUP, LLC | )    _____ |
| | ) |
|     Defendant. | ) |

## COMPLAINT

COMES NOW, the Plaintiff, ProctorU, Inc. ("ProctorU"), and files this Complaint against the Defendant, Riverbend Design Group, LLC ("Riverbend") as follows:

### I.    PARTIES, JURISDICTION AND VENUE

1. ProctorU is a corporation organized under the laws of the state of Delaware with its principal office located in Shelby County, Alabama.

2. Defendant Riverbend is a limited liability company organized under the laws of the state of Washington with its principal office located in Seattle, Washington.

3. A substantial part of the events and omissions giving rise to the claims stated herein occurred in Shelby County, Alabama. Namely, Defendant met with representatives of Plaintiff and negotiated the agreements that are the subject of this lawsuit in Shelby County, Alabama. Accordingly, this Court has jurisdiction over the claims and parties in this action and venue is proper in Shelby County, Alabama.

### II.    FACTS

#### A.  The May 2012 Statement of Work

4. ProctorU is engaged primarily in the business of online proctoring.

5. Riverbend is engaged primarily in the business of software development.

6.     On or about May 9, 2012, ProctorU and Riverbend entered into a Statement of Work (the "May 2012 SOW") whereby Riverbend was engaged to develop certain "Proctor Video Software" for ProctorU.

7.     ProctorU paid Riverbend for all work stated in the May 2012 SOW at a total price of $54,500.00.

8.     Riverbend delivered approximately two-thirds (2/3) of the work product required to be delivered in the May 2012 SOW, but it failed and refused to deliver the remaining one-third (1/3) of such work product.

9.     Riverbend has declared that the value of the remaining one-third (1/3) of such work product exceeds $185,000 and has acknowledged that it owes such work product to ProctorU.

**B.  The October 2013 Master Services Agreement**

10.     On or about October 24, 2013, ProctorU and Riverbend entered into a Master Services Agreement (the "MSA") whereby Riverbend was engaged to develop certain other software for ProctorU, which included work stated in four separate Statements of Work: (i) the Auditorium SOW - November 13, 2013, (ii) the Scheduling System 2.0 SOW - January 13, 2014, (iii) the Scheduling System 2.1 Additional Items - July 2, 2014, and (iv) the Maintenance SOW - August 1, 2014.

11.     ProctorU paid Riverbend a total sum of $654,500 for work that was required to be delivered by Riverbend under the terms of the MSA and its respective Statements of Work.

12.     Riverbend failed and refused to deliver numerous items of work product that was required to be delivered by Riverbend under the terms of the MSA and its respective Statements of Work.

13.     Many items of work product that were actually delivered by Riverbend to ProctorU did not comply with the specifications stated in the MSA's applicable statements of work.

14.     Other items that were actually delivered were delivered outside the timelines stated in the MSA's applicable statements of work.

15.      Section 12.9 of the MSA provides that the MSA is to be "governed by, construed and enforced in accordance with the law of the State of New York."

### III.     CAUSES OF ACTION

### BREACH OF CONTRACT

16.     Plaintiff realleges and incorporates by reference the allegations in the preceding paragraphs as though fully set out herein.

17.     Plaintiff and Defendant entered into the May 2012 SOW and the MSA.

18.     By failing and refusing to perform and deliver work product owed to Plaintiff under the May 2012 SOW and the MSA, Defendant Riverbend breached numerous obligations to Plaintiff.

19.     Plaintiff has suffered damages due to Riverbend's breaches of the May 2012 SOW and the MSA, respectively.

### UNJUST ENRICHMENT

20.     Plaintiff realleges and incorporates by reference the allegations in the preceding paragraphs as though fully set out herein.

21.     Defendant Riverbend has been unjustly enriched by the improper and illegal conduct complained of herein.

### DECLARATORY JUDGMENT

22.     Plaintiff realleges and incorporates by reference the allegations in the preceding paragraphs as though fully set out herein.

23.     Plaintiff seeks a declaratory judgment setting forth the rights of the Plaintiff in the May 2012 SOW and the MSA.

## PRAYER FOR RELIEF

Based on all the foregoing claims, Plaintiff seeks judgment and relief against each of the Defendant as follows:

1.     Compensatory damages in an amount to be determined by the trier of fact;

2.     Reasonable costs and attorneys' fees;

3.     A declaratory judgment setting forth the rights of the Plaintiff in the February 2013 SOW and the MSA.

4.     Any other such relief that deems just and equitable.


Respectfully submitted,


   /s/ Brice M. Johnston
Brice M. Johnston

Counsel for Plaintiff,
ProctorU, Inc.



OF COUNSEL:

**Johnston Law Firm, P.C.**
The Landmark Center
2100 First Avenue North

Suite 600
Birmingham, Alabama 35203
Phone: (205) 328-9445
Fax: (800) 856-9028


**Defendant will be served by private process server.**


<u>/s/ Brice Johnston</u>
Of Counsel

9/10/2015 7:24 AM
58-CV-2015-900154.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>– CIVIL – | Case Number<br>58-CV-2015 |
|---|---|---|

## IN THE CIRCUIT COURT OF SHELBY COUNTY
## PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC

RIVERBEND DESIGN GROUP, LLC, 414 STEWART STREET #215, SEATTLE, WA 98101

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY BRICE MARTIN JOHNSTON

WHOSE ADDRESS IS The Landmark Center, 2100 First Avenue North, Suite 600, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

[✓] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[ ] Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

Date  2/24/2015 8:12:54 PM                 /s/ MARY HARRIS

Clerk/Register

POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

[ ] Certified Mail is hereby requested

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

[ ] Return receipt of certified mail received in this office on _____

[X] I certify that I personally delivered a copy of the Summons and Complaint to Jason Tatton, Registered Agent for Riverbend

Design Group, LLC   in   King   County, Alabama on   February 25, 2015 at 9:58 AM
                          Washington                              (Date)

March 2, 2015              _Bn Padilla_             4201 Aurora Avenue North, #200
Date                       Server's Signature        Seattle, WA 98103
                                                     Address of Server

Registered                 Brian Padilla            King County Process Server #1317336
Type of Server             Server's Printed Name     (206) 443-0885
                                                     Phone Number of Server

58-CV-2015-900154.00
PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC

C001 - PROCTORU, INC.          v.   D001 - RIVERBEND DESIGN GROUP, LLC
        Plaintiff                              Defendant



SERVICE RETURN



AlaFile E-Notice

58-CV-2015-900154.00

To:  BRICE MARTIN JOHNSTON
brice@johnstonfirmpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following RETURN ON SERVICE was FILED on 3/10/2015 7:24:17 AM

Notice Date:     3/10/2015 7:24:17 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

To: RIVERBEND DESIGN GROUP, LLC (PRO SE)
414 STEWART STREET
#215
SEATTLE, WA 98101-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following RETURN ON SERVICE was FILED on 3/10/2015 7:24:17 AM

Notice Date:     3/10/2015 7:24:17 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

To: BRICE MARTIN JOHNSTON
brice@johnstonfirmpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following RETURN ON SERVICE was FILED on 3/10/2015 7:24:17 AM

Notice Date:     3/10/2015 7:24:17 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

3/18/2015 11:31 AM
58-CV-2015-900154.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

## IN THE DISTRICT COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| **PROCTORU, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO: 2015-900154** |
| | ) |
| **RIVERBEND DESIGN GROUP, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF APPEARANCE

COME NOW Sam David Knight, Brannon Buck and Brett Ialacci of the law firm of Badham & Buck, LLC and hereby notify this Honorable Court of their appearance as additional counsel for Plaintiff ProctorU, Inc. in the above-styled matter, and request that any orders, notices, correspondence, motions, pleadings, and/or other documents issued from this Honorable Court be forwarded to them as additional counsel of record for Plaintiff.

　　　　　　　　　　　　　　　　　　　　 s/ Sam David Knight
　　　　　　　　　　　　　　　　　　　　Sam David Knight (KNI023)
　　　　　　　　　　　　　　　　　　　　Brannon Buck (BUC019)
　　　　　　　　　　　　　　　　　　　　Brett Ialacci (IAL001)
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

OF COUNSEL:
BADHAM & BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Fax: (205) 521-0037
sdknight@badhambuck.com
bbuck@badhambuck.com
bialacci@badhambuck.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the following via electronic mail and/or the Alafile e-filing system on the 18th day of March, 2015:

Brice M. Johnston
JOHNSTON LAW FIRM
The Landmark Center
2100 First Avenue North, Ste. 600
Birmingham, Alabama 35203
T: 205-328-9445
F: 800-856-9028

<u>   s/  Sam David Knight         </u>
OF COUNSEL



AlaFile E-Notice

58-CV-2015-900154.00

To: SAM DAVID KNIGHT
sdknight@badhambuck.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following NOTICE OF APPEARANCE was FILED on 3/18/2015 11:32:01 AM

Notice Date:      3/18/2015 11:32:01 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

To:  RIVERBEND DESIGN GROUP, LLC (PRO SE)
     414 STEWART STREET
     #215
     SEATTLE, WA 98101-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following NOTICE OF APPEARANCE was FILED on 3/18/2015 11:32:01 AM

Notice Date:     3/18/2015 11:32:01 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

To:  JOHNSTON BRICE MARTIN
      brice@johnstonfirmpc.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following NOTICE OF APPEARANCE was FILED on 3/18/2015 11:32:01 AM

Notice Date:      3/18/2015 11:32:01 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

ELECTRONICALLY FILED
3/10/2015 7:24 AM
58-CV-2015-900154.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number<br>58-CV-201 |
|---|---|---|

### IN THE CIRCUIT COURT OF SHELBY COUNTY
### PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC

RIVERBEND DESIGN GROUP, LLC, 414 STEWART STREET #215, SEATTLE, WA 98101

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY BRICE MARTIN JOHNSTON

WHOSE ADDRESS IS The Landmark Center, 2100 First Avenue North, Suite 600, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure

Date   2/24/2015 8:12:54 PM        /s/ MARY HARRIS

Clerk/Register

POST OFFICE BOX 1810

112 NORTH MAIN STREET
COLUMBIANA, AL 35051

☐ Certified Mail is hereby requested        _____
                                             Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☒ I certify that I personally delivered a copy of the Summons and Complaint to Jason Tatton, Registered Agent for Riverbend Design Group, LLC  in         King        County, Washington, Alabama on   February 25, 2015 at 9:58 AM
                                                                                                                          (Date)

March 2, 2015                          _Bri Padilla_                    4201 Aurora Avenue North, #200
Date                                   Server's Signature               Seattle, WA 98103
                                                                        Address of Server

Registered                             Brian Padilla                    King County Process Server #1317336
Type of Server                         Server's Printed Name            (206) 443-0885
                                                                        Phone Number of Server

### 58-CV-2015-900154.00
### PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC

C001 - PROCTORU, INC.                        v.    D001 - RIVERBEND DESIGN GROUP, LLC
         Plaintiff                                              Defendant

## SERVICE RETURN



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  JOHNSTON BRICE MARTIN
brice@johnstonfirmpc.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following matter was served on 2/25/2015

**D001 RIVERBEND DESIGN GROUP, LLC**
AUTHORIZED SERVICE

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  KNIGHT SAMUEL DAVID
     sdknight@badhambuck.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following matter was served on 2/25/2015

**D001 RIVERBEND DESIGN GROUP, LLC**
AUTHORIZED SERVICE

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

**STATE OF ALABAMA**
Unified Judicial System

Revised 3/5/08

58-SHELBY

☐ District Court  ☑ Circuit Court

Case
CV20

9/19/2015 1:59 PM
58-CV-2015-900154.00
CIRCUIT COURT OF
SHELBY COUNTY, ALABAMA
MARY HARRIS, CLERK

| | |
|---|---|
| PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* C001 - PROCTORU, INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*
BRICE MARTIN JOHNSTON
The Landmark Center, 2100 First Avenue North, Suite 600
BIRMINGHAM, AL 35203

*Attorney Bar No.:*  JOH202

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Motion to Intervene ($297.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Other _____ | ☐ New Trial |
| pursuant to Rule _____ ($50.00) | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| ☐ Local Court Costs $   0.00 | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☑ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____  (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br><br>3/19/2015 1:58:15 PM | Signature of Attorney or Party:<br><br>/s/ BRICE MARTIN JOHNSTON |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

## IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| PROCTORU, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    **CIVIL ACTION NO.** |
| | )    **CV-2015-900154** |
| RIVERBEND DESIGN GROUP, LLC | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Attorney Brice M. Johnston with Johnston Law Firm, P.C., hereby moves the Court for permission to withdraw from the representation of Plaintiff ProctorU, Inc. ProctorU, Inc. will be represented by Sam David Knight, Brannon Buck and Brett Ialacci, who have each previously made appearances in this matter.

Respectfully submitted,


   */s/ Brice M. Johnston*
Brice M. Johnston

Counsel for Plaintiff,
ProctorU, Inc.


OF COUNSEL:

**Johnston Law Firm, P.C.**
The Landmark Center
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
Phone: (205) 328-9445
Fax: (800) 856-9028

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court using the Alafile system which will send notification of such filing to all counsel of record.

/s/ Brice M. Johnston
Brice M. Johnston



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:   BRICE MARTIN JOHNSTON
      brice@johnstonfirmpc.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following matter was FILED on 3/19/2015 1:59:44 PM

**C001 PROCTORU, INC.**
MOTION TO WITHDRAW
[Filer: JOHNSTON BRICE MARTIN]

Notice Date:      3/19/2015 1:59:44 PM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  RIVERBEND DESIGN GROUP, LLC (PRO SE)
414 STEWART STREET
#215
SEATTLE, WA 98101-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following matter was FILED on 3/19/2015 1:59:44 PM

**C001 PROCTORU, INC.**
MOTION TO WITHDRAW
[Filer: JOHNSTON BRICE MARTIN]

Notice Date:      3/19/2015 1:59:44 PM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  KNIGHT SAMUEL DAVID
     sdknight@badhambuck.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

The following matter was FILED on 3/19/2015 1:59:44 PM

**C001 PROCTORU, INC.**
MOTION TO WITHDRAW
[Filer: JOHNSTON BRICE MARTIN]

Notice Date:     3/19/2015 1:59:44 PM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

**IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA**

| | |
|---|---|
| PROCTORU, INC.,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.:   CV-2015-900154.00 |
| | ) |
| RIVERBEND DESIGN GROUP, LLC,<br>Defendant. | )<br>) |

**ORDER**

MOTION TO WITHDRAW filed by Brice M. Johnston is hereby GRANTED.

DONE this 25th day of March, 2015.

/s/ HEWITT L CONWILL
**CIRCUIT JUDGE**



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  JOHNSTON BRICE MARTIN
     brice@johnstonfirmpc.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

A court action was entered in the above case on 3/25/2015 11:53:38 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           HLC

Notice Date:     3/25/2015 11:53:38 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To: KNIGHT SAMUEL DAVID
sdknight@badhambuck.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

A court action was entered in the above case on 3/25/2015 11:53:38 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           HLC

Notice Date:     3/25/2015 11:53:38 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov



AlaFile E-Notice

58-CV-2015-900154.00

Judge: HEWITT L CONWILL

To:  RIVERBEND DESIGN GROUP, LLC (PRO SE)
414 STEWART STREET
#215
SEATTLE, WA 98101-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

PROCTORU, INC. V. RIVERBEND DESIGN GROUP, LLC
58-CV-2015-900154.00

A court action was entered in the above case on 3/25/2015 11:53:38 AM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            HLC

Notice Date:      3/25/2015 11:53:38 AM

MARY HARRIS
CIRCUIT COURT CLERK
SHELBY COUNTY, ALABAMA
POST OFFICE BOX 1810
112 NORTH MAIN STREET
COLUMBIANA, AL 35051

205-669-3760
mary.harris@alacourt.gov

# EXHIBIT B

## IN THE CIRCUIT COURT OF SHELBY COUNTY, ALABAMA

| | |
|---|---|
| PROCTORU, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 58-CV-2015-900154 |
| | ) |
| RIVERBEND DESIGN GROUP, LLC, | ) |
| | ) |
|     Defendant. | ) |

## <u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE THAT Defendant Riverbend Design Group, LLC, has filed a Notice of Removal in the Southern Division of the U.S. District Court for the Northern District of Alabama.  A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A.

Respectfully submitted on this, the 26th day of March, 2015.

s/ Andrew B. Johnson
_____
Andrew B. Johnson (JOH168)
Attorney for Defendant
Riverbend Design Group, LLC

OF COUNSEL:
F. Wendell Allen
Andrew B. Johnson
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL  35203
Telephone:    (205) 521-8000
Fax:    (205) 521-8800
Email: wallen@babc.com
Email: ajohnson@babc.com

Jonathan C. "Rudy" Hill
BRADLEY ARANT BOULT CUMMINGS LLP
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104
Telephone:     (334) 956-7700
Fax:               (334) 956-7701
Email: rhill@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing on:

Sam David Knight
Brannon J. Buck
Brett A. Ialacci
Badham & Buck, LLC
2001 Park Place North, Ste. 500
Birmingham, AL 35203

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this, the 26th day of March, 2015.

                                                    s/ Andrew B. Johnson
                                                    OF COUNSEL

2